1    **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8

9    Michael Robinson; Christine Robinson, )    No. CV 09-2066-PHX-JAT
                                          )
10              Plaintiffs,               )    **ORDER**
                                          )
11   vs.                                  )
                                          )
12                                        )
     Wells Fargo Bank, N.A., Michael A.   )
13   Bosco, Jr.                           )
                                          )
14              Defendants.               )
                                          )
15   _____

16          Pursuant to Local Rule 3.7(b) when a case is removed to Federal Court, the removing

17   party is required to attach the entire state court record to the notice of removal.  *See* CV 09-

18   1656 *Levine v. U.S. Bank National Association* (D. Ariz. Oct. 13, 2009) (Court ordered

19   removing defendant to file entire state court record).  In this case, it does not appear the entire

20   state court record has been filed.[1]  Accordingly,

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26

27   _____

28        [1]  The Court has reviewed the Maricopa County public website and determined that
     Michael Bosco, Jr. filed a motion to dismiss in state court on September 28, 2009.

1       **IT IS ORDERED** that within five days, the removing Defendant shall comply with

2   Local Rule 3.7 and file any portion of the state court record not filed with the notice of

3   removal.

4       DATED this 2nd day of November, 2009.

James A. Teilborg
United States District Judge